| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CIRCUIT COURT |
| | ) SS: | OF MADISON COUNTY |
| COUNTY OF MADISON | ) | |
| | | 2021 TERM |

STATE OF INDIANA

  VS.

            BOND $_____

MARY J. SABOURIN  FEMALE/W
1254 JASMINE COURT
NAPERVILLE, IL 60540

DOB: ▮▮▮ 1971  SSN: XXX-XX-6271
HGT: 5'00"  WGT: 165 LBS
HAIR: BROWN  EYES: BROWN

<u>INFORMATION FOR:</u>

COUNT I:
THEFT
A LEVEL 6 FELONY
I.C. 35-43-4-2(a)
I.C. 35-43-4-2(a)(1)(A)

<u>WITNESSES:</u>

MITCHELL CARROLL, ANDERSON PD
STEVEN C. MEINCKE, NESTLE FOOD COMPANY
PERSONNEL FROM AMERICAN EXPRESS
PERSONNEL FROM NESTLE FOOD CORP.
PERSONNEL FROM PAYPAL

SEAL

APPROVED BY ME:

_/s/ Rodney J. Cummings_

RODNEY J. CUMMINGS, 15723-48
PROSECUTING ATTORNEY
50TH INDIANA JUDICIAL CIRCUIT

Exhibit A

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CIRCUIT COURT OF MADISON COUNTY |
| | ) SS: | |
| COUNT OF MADISON | ) | 2021 TERM |

STATE OF INDIANA

VS

MARY J. SABOURIN

INFORMATION FOR: COUNT I:
THEFT
a Level 6 Felony
I.C. 35-43-4-2(a) and I.C. 35-43-4-2(a)(1)(A)

On or about May 5, 2018, in Madison County, State of Indiana, Mary J. Sabourin did knowingly or intentionally exert unauthorized control over the property of Nestle Food Company, to wit: US Currency, with the intent to deprive Nestle Food Company of any part of the property's value or use in at least fifty thousand dollars ($50,000) of value.

ALL OF WHICH IS CONTRARY to the form of the statutes in such cases made and provided by I.C. 35-43-4-2(a) and I.C. 35-43-4-2(a)(1)(A) and against the peace and dignity of the State of Indiana.

RODNEY J. CUMMINGS, 15723-48
PROSECUTING ATTORNEY
50TH INDIANA JUDICIAL CIRCUIT

Sabourin/DM1795947/rjc/srh/01-20-2021