# Madison County Unified Courts
## AFFIDAVIT OF PROBABLE CAUSE

**Dept:** APD  **Dept Case #:** 2020-37810  **Cause #:** 48C00-WWW-CM-  **Database ID:** 36882
**Name:** Sabourin, Mary J  **Arrest #:** 2020-37810
**Address:** 1254 Jasmine Court  **City:** Naperville  **State:** IL  **Zip:** 60540
**Sex:** F  **Race:** White  **DOB:** ▇1971  **Age:** 49  **Ht:** 5-0  **SSN:** ***-**-6271
**Wt:** 165  **Hair:** Brown  **Eyes:** Brown  **Occupation:** Ferrera Candy Company  **Victim:** Nestle Food Company
**Drivers License:** S165-5907-1885  **DL State:** IL
**Veh. Year:**  **Make:**  **Model:**  **License Plate:**

**Charges:**
35-43-4-2(a)/F5b Theft Value of property > $50k

**Date of Offense:** 5/5/2018  **Time:**  **Place:** 401 W. 73rd Street
**Date of Arrest:**  **Time:**  **Place:**

**Jail:** No
**Arresting Officer:** Mitchell Carroll  **Unit #:** 209
**Arresting Officer:**  **Unit #:**

**Witness Name:** Meincke, Steven C
**Address:** ▇▇▇  **City:** ▇  **St:** ▇  **Zip:** ▇
**DOB:**  **Phone1:** ▇  **Phone2:**

**Narrative:**

On October 14, 2020, Steven Meincke reported an employee theft from Nestle Food Company (4301 W. 73rd Street). Steven is the corporate security manager for the company whose office is located in Arlington, Virginia. According to Steven, Nestle's internal investigation revealed that former employee, 49-year-old Mary Sabourin, was responsible for at least 42 unauthorized transactions on her company issued American Express Purchasing Card dating back to May 2018. All told, the company suffered a loss of $114,560 as a direct result of Mary's misappropriations.

More specifically, in March 2020, the local Nestle factory noticed shortages and/or irregularities when reconciling the food giant's American Express Purchasing Cards. The irregularities, that dated back to May 2018, prompted an audit by Nestle's (four person) International Audit Team. The results in the 13-page audit concluded that Mary Sabourin, a buyer for Nestle, had completed 42 unauthorized transactions using Square, Inc. in which no goods or services were received. Moreover, the unauthorized charges made via the mobile payment company Square, Inc. were linked to the PayPal account of Mary's husband, Michael Sabourin (himself a former Nestle employee). Nestle does not utilize the mobile payment app Square, Inc. Additionally, the audit revealed numerous felonious and/or doctored email messages crafted by Mary to satisfy the reconciliation process of her Nestle American Express Purchasing Card. Finally, there were myriad charges to Mary's purchasing card for supposed services provided by sanctioned Nestle vendors Plumbing Doctors and Cole-Parmer. The vendor names were entered by Mary into the Square app to appear as legitimate charges. The charges were dated between April 2018 and June 2019. Both vendors confirmed that services were neither provided, nor did they have record of the charges reflected by Mary Sabourin's purchasing card ledger.

Beginning on May 5, 2018, and continuing through March 2020, Mary J. Sabourin entered into an artifice wherein she both knowingly and intentionally exerted unauthorized control over $114,560 belonging to her employer, Nestle Food Company. The ruse deprived the company of both the value and use of the $114,560.

The foregoing is a violation of Indiana Criminal Code 35-43-4-2 (a)(2)(A), theft, a level five felony (i.e. value is at least $50,000). Accordingly, I am requesting a one-count felony warrant versus Mary J. Sabourin for the same.

I, Mitchell Carroll, swear/affirm under penalties for perjury that the foregoing representations are true.

DATE 12/18/2020                                  AFFIANT _[signature]_

DATE ___/___/____                                JUDGE _____