| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MADISON CIRCUIT COURT |
| | ) | DIVISION V |
| | ) | SS: |
| COUNTY OF MADISON | ) | 2021 TERM |
| | ) | |
| STATE OF INDIANA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 48C05-2101-F6-164 |
| | ) | |
| MARY SABOURIN | | |

## PLEA AGREEMENT

Comes now the Defendant, Mary Sabourin, in person and by counsel, David Johnson, and the State of Indiana, by and through John Eisele, Deputy Prosecuting Attorney for the 50th Indiana Judicial Circuit, and hereby enter into this Plea Agreement, made pursuant to negotiations.

The parties agree as follows:

(1) This agreement, having been signed by the Defendant, defense counsel, and the Deputy Prosecuting Attorney for the 50th Indiana Judicial Circuit, shall be introduced into evidence by stipulation of those parties at the time of the guilty plea.

(2) The Defendant agrees that his criminal history, if any, is incorporated into and made a part of this agreement. Defendant so agrees, knowing that the Court is under no obligation to accept the Plea Agreement submitted, and understanding that the Court may take the criminal record into consideration in determining the penalty upon receipt of the guilty plea.

The Defendant acknowledges that this offer is conditioned upon Defendant having no prior undisclosed criminal history which might alter the State's willingness to go forward with the offer as made.

(3) As to 48C05-2101-F6-000164, the Defendant shall plead guilty as charged.

(4) At the time of taking of the guilty plea, and again at the time of the Defendant's sentencing, the State will recommend as to the sentence to be imposed as follows:

> **The Defendant shall be sentenced to twenty-four (24) months, time served, on the executed portion of this sentence under the above captioned cause. AMS upon successful completion of probation. Defendant agrees to pay 1000.00$ per month toward restitution to Nestle Inc. for a total of 24,000.00 during the term of her Probation. 24 Months shall be served be on formal probation. All**

**other terms and conditions to be determined by Court.**

All other terms and conditions of the sentencing and probation are to be set by the Court.

Pursuant to IC § 35-38-3-3(d)(1), Defendant hereby acknowledges and agrees that any finding of violation of Defendant's sentence for a positive drug screen shall also constitute cause for Defendant having committed a "new criminal offense," namely drug possession under IC § 35-48-4 *et seq.*, and might result in a commitment to the Indiana Department of Correction.

As a further condition of this agreement, the Defendant understands that the State specifically reserves the right to unilaterally rescind, revoke and withdraw from this agreement in the event the Defendant commits, or is charged with the commission of, another criminal offense, or in the event the Defendant commits a violation of a term or condition of bond, prior to the time of sentencing in this cause.

(5) The Defendant understands that the State and Federal Constitutions guarantee all criminal defendants certain rights, among them being the right to a public trial by jury, to a speedy trial, to be free from self-incrimination, to confront and cross-examine the State's witnesses, the right to have compulsory process for obtaining witnesses in his/her favor, the right to present evidence on one's own behalf and to be presumed innocent until proven guilty beyond a reasonable doubt, and to require the State to prove guilt beyond a reasonable doubt. The defendant further understands that the entry of a guilty plea pursuant to this agreement waives those rights and constitutes an admission of the truth of all facts alleged in the information or indictment count to which a plea of guilty has been entered and that the guilty plea amounts to a conviction.

(6) The Defendant hereby waives the right to appeal any sentence imposed by the Court, including the right to seek appellate review of the sentence pursuant to Indiana Appellate Rule 7(B), so long as the Court sentences the defendant within the terms of this plea agreement.

(7) If the Defendant is not a United States citizen, this criminal conviction could affect the defendant's immigration status including, but not limited to, the defendant being deported from the United States, the defendant being denied re-entry into the United States, and the defendant being prohibited from becoming a citizen of the United States. The defendant has discussed with his/her counsel the effect of signing this agreement on his/her citizenship status.

(8) The Defendant additionally acknowledges satisfaction with defense counsel's representation and competency exhibited in this matter, and further acknowledges belief that this agreement is in the best interests of the defendant.

(9) This agreement embodies the entire agreement between the parties, and no promises have been made or inducements given to defendant by the State which are not set out herein.

a. You will obey all municipal, state, and federal laws, and behave well in society; you will notify the Probation Department within 48 hours of any new arrest;
b. You will waive your right against search and seizure and permit Probation Officer (or any law enforcement officer acting on behalf of the Probation Department) to search your person, residence, motor vehicle or any location where your personal property may be found, to ensure compliance with your conditions of probation;
c. You will not knowingly associate with any person who has been convicted of a felony, except for just cause;
d. You will not purchase, own or possess a firearm or any other deadly weapon;
e. You will not possess vicious or intimidating animals, including dogs, in a public place;
f. You will not be at a place where illegal drugs are being used or possessed, or where others are engaging in illegal activities;
g. You will abstain from illicit drug use, pay for and submit to any test or analysis as directed by the Court or Probation Department. Results of urine drug screens, including affidavits from licensed or accredited testing facilities may be used against you in Court proceedings without objection. Providing a dilute or adulterated specimen may be considered a violation;
h. You will notify the Probation Department prior to any change of address, employment, or telephone number.
i. You will be at your home address between the hours of 12:00 a.m. and 6:00 a.m. unless for a good reason, such as employment;
j. You will secure a Travel Permit approved by the Court before leaving the State of Indiana for any purpose (72 hours notice prior to travel required for Court approval);
k. You will report in person to the Probation Department monthly or as otherwise directed;
l. You will permit the Probation Department to contact your employer, family members, or public agencies as deemed necessary, and agree to sign authorization for release of information to or from the Probation Department or Court, as directed;
m. You will always possess photo identification issued by the federal or state government or Bureau of Motor Vehicles with correct, name, address, date of birth and social security number, and you will present that identification to the Probation Department or law enforcement officers, if directed.

Initial _____

DATED AND SIGNED THIS THE _____ day of _____, 2021.

_____
Mary Sabourin
Defendant

APPROVED BY:

_____
John Eisele
Deputy Prosecuting Attorney

_____
David Johnson
Attorney for Defendant

Plea Offer: April 7, 2021